**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Stephanie Barrett</u>

    **v.**                                                Case No. 06-cv-240-PB

<u>Ambient Pressure Diving, Ltd.</u>

**O R D E R**

All pending motions are denied without prejudice.  The time for responding to the complaint is extended until further order of the court.  Plaintiff shall have until October 27, 2006 to file any motion to amend.  A pretrial plan conforming to our local rule shall be filed on or before November 13, 2006.

    SO ORDERED.

                                                     /s/Paul Barbadoro
                                                     Paul Barbadoro
                                                     United States District Judge

September 27, 2006

cc:  Counsel of Record