UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephanie B. Barrett

     v.         Civil No. 06-cv-240-PB

Ambient Pressure Diving, Ltd., et al

O R D E R

  I hereby recuse myself from this case.

  SO ORDERED.

January 25, 2007          /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge

cc:  Counsel of Record